FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO


GERALD TAYLOR,

    Plaintiff,

v.                                                       CIV No. 13-15 JCH/GBW

KATHLEEN M. HAYNES BURNS *et al.*,

    Defendants.


## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Plaintiff's Petition for Emergency Temporary Guardianship and Conservatorship of Clara Zell Taylor and/or Motion to Freeze All Assets of Clara Zell Taylor and the accompanying briefing. (*Docs.49, 55*). The Magistrate Judge filed a Proposed Findings and Recommended Disposition ("PFRD") concluding that Plaintiff's Petition be denied on the basis that the *Rooker-Feldman* doctrine forbids this Court from acting on Plaintiff's Petition. (*Doc. 93*). Objections to the PFRD were due no later than May 9, 2013. Although Plaintiff has not filed any pleading entitled "Objections," he did file a "Motion for Immediate Decision on Emergency Temporary Guardianship and Conservatorship." (*Doc. 95*). It is possible that Plaintiff intended it to constitute objections to the PFRD. Nonetheless, even construed in that fashion, Plaintiff fails to make any specific objections to the relevant findings or legal analysis of the PFRD. Upon a review of the record, I concur with the

2

Magistrate Judge's findings and recommendations.  Therefore, I ADOPT the Magistrate Judge's Report and Recommendations (*Doc. 93*). Plaintiff's Petition for Emergency Temporary Guardianship and Conservatorship of Clara Zell Taylor and/or Motion to Freeze all Assets of Clara Zell Taylor. (*Doc. 49*) is denied.

_____
UNITED STATES DISTRICT JUDGE