FOR THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NEW MEXICO

GERALD TAYLOR,

    Plaintiff,

v.                                                  CIV No. 13-15 JCH/GBW

KATHLEEN M. HAYNES BURNS *et al.*,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Defendants D'Lyn Ford, Julie Walker, Sharon Chapman, and Aaron Dickson's Motion to Dismiss and accompanying briefing. *Docs. 46, 78, 79.* The Magistrate Judge filed a Proposed Findings and Recommended Disposition ("PFRD") concluding that Defendants' Motion be granted on the basis that Plaintiff has i) failed to establish Defendants are state actors, requiring dismissal of his § 1983 claims; ii) Plaintiff's § 1985 claims are factually insufficient; and iii) Plaintiff's §§ 1986 and 1988 claims fail as a result of his inability to establish §§ 1983 or 1985 claims. *Doc. 97.* Plaintiff has not filed any objections to the PFRD.

1

Upon a review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT the Magistrate Judge's Report and Recommendations (*doc. 97*) and GRANT Defendant's Motion, (*doc. 46*). All Plaintiff's claims against the above named Defendants are hereby DISMISSED without prejudice, and they are dismissed as a defendants.

                                                                                                _____
UNITED STATES DISTRICT JUDGE