IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GERALD TAYLOR,

    Plaintiff,

v.                                                            CIV No. 13-15 JCH/GBW

KATHLEEN M. HAYNES BURNS *et al.*,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Plaintiff's Motion to Vacate all Motions to Dismiss, all Orders and All Reports and Recommendations, and to Vacate the Final Order . *Docs. 141, 142.* The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") recommending that Plaintiff's Motion be treated as a motion to alter or amend judgment and denied as meritless. Plaintiff has not filed objections to the Magistrate Judge's Report and Recommendations.

Upon a review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT the Magistrate Judge's PFRD (*doc. 144*). Plaintiff's Motions , *Docs. 141, 142*, are DENIED.

                                                                               UNITED STATES DISTRICT JUDGE